IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

FILED
STATESVILLE, N.C.
MAY 6 2015
U.S. District Court
Western District of N.C.

JESSE G. YATES, III and )
MELISSA YATES, )
                                                         )
      Plaintiffs, )
                                                         )
v. )      Case No. 5:15-cv-00021-RLV
                                                         )
THE INTERNAL REVENUE SERVICE and )
THE COMMISSIONER OF THE IRS, )
                                                         )
      Defendants. )

## ORDER DISMISSING COMPLAINT

Plaintiffs Jesse G. Yates, III and Melissa Yates' complaint, filed February 10, 2015, is **DISMISSED** with prejudice pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED on this 6th day of May, 2015

RICHARD L. VOORHEES
United States District Court Judge