# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JESSE G. YATES III<br>MELISSA YATES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00021-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF INTERNAL<br>REVENUE SERVICE,<br>INTERNAL REVENUE SERVICE, | )<br>)<br>) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2015, Order.

                                                Signed:  May 6, 2015

                                                Frank G. Johns, Clerk
                                                United States District Court